## Case No. 15,007.

### UNITED STATES v. DUNN et al.

[1 Cranch, C. C. 165.] [1]

Circuit Court, District of Columbia. June Term, 1804.

RIOT—EVIDENCE OF INTENT—WITNESS.

Indictment for a riot. The witnesses for defendants were not allowed by the court to give evidence of their intention in meeting, they having testified that they were of the party concerned in the riot.